UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PUCKETT,<br><br>            Plaintiff,<br><br>  v.<br><br>CHIEF OF POLICE DYER, et al.,<br><br>           Defendants. | 1:08-cv-1384-LJO-SMS<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WITHIN TWENTY DAYS OF SERVICE OF THIS ORDER WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, FAILURE TO FILE AN AMENDED COMPLAINT, AND FAILURE TO COMPLY WITH AN ORDER OF THE COURT (DOC. 4) |

    Plaintiff is proceeding pro se and in forma pauperis with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    Plaintiff filed his complaint on September 16, 2008. On October 20, 2008, the Court found that Plaintiff had failed to state a claim upon which relief could be granted, ordered the complaint dismissed with leave to amend, and directed Plaintiff

to file an amended complaint no later than thirty days after the date of service of the order. The order was served by mail on October 20, 2008. Over thirty days have passed since the filing and service of the order, but Plaintiff has not filed an amended complaint, an application for an extension of time within which to do so, or any other response to the order.

Plaintiff IS INFORMED that a failure to state a claim upon which relief may be granted may result in dismissal of the action with prejudice.

Further, a failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

Accordingly, it is HEREBY ORDERED that:

1. Within twenty (20) days of the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to file a timely amended complaint, failure to state a claim upon which relief may be granted, and failure to obey the Court's order; Plaintiff shall show cause in writing because the Court has determined that no hearing is necessary; if Plaintiff has any reasons why this action should not be dismissed, Plaintiff shall submit them by sworn declaration of facts which shall include (A) an explanation of the lack of activity in this case, and (B) a list each specific step Plaintiff plans to take to prosecute this case, to which Plaintiff may append a supporting memorandum of law; and

2. Plaintiff is informed that the failure to respond to this

order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:     November 24, 2008                     /s/ Sandra M. Snyder**
                                                                         UNITED STATES MAGISTRATE JUDGE