UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH PUCKETT, | ) | 1:08-cv-1384-LJO-SMS |
| | ) | |
| Plaintiff, | ) | ORDER TO PLAINTIFF TO SHOW CAUSE |
| | ) | WITHIN TWENTY DAYS OF SERVICE OF |
| | ) | THIS ORDER WHY THE ACTION SHOULD |
| v. | ) | NOT BE DISMISSED FOR FAILURE TO |
| | ) | FOLLOW A COURT ORDER TO FILE A |
| CHIEF OF POLICE DYER, et al., | ) | SECOND AMENDED COMPLAINT OR A |
| | ) | STATEMENT OF INTENTION TO PROCEED |
| Defendants. | ) | ON THE FIRST AMENDED COMPLAINT |
| | ) | (DOC. 9) |
| | ) | |

Plaintiff is proceeding pro se and in forma pauperis with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

Plaintiff filed his first amended complaint on January 27, 2009. On May 1, 2009, the Court found that Plaintiff had stated a claim against Officer Whittle and against one unnamed defendant for violation of Fourth Amendment rights but had not stated a

1

1 claim against the chief of police; further, Plaintiff had not
2 sufficiently alleged a claim for retaliation, for unreasonable
3 seizure and/or search based on an absence of probable cause, or
4 for wrongful arrest and/or prosecution. Plaintiff was directed to
5 file either a second amended complaint or a statement of
6 intention to proceed on the first amended complaint within thirty
7 days.

8 The Court's order of May 1, 2009, was served by mail on
9 Plaintiff on May 1, 2009. Over thirty days have passed since the
10 filing and service of the order, but Plaintiff has not filed an
11 amended complaint or statement of intention, an application for
12 an extension of time within which to do so, or any other response
13 to the order.

14 Plaintiff IS INFORMED that a failure to comply with an order
15 of the Court may result in dismissal of the action.

16 Further, a failure to comply with an order of the Court may
17 result in sanctions, including dismissal, pursuant to the
18 inherent power of the Court or the Federal Rules of Civil
19 Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers
20 v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).

21 Accordingly, it is HEREBY ORDERED that:

22 1. Within twenty (20) days of the date of service of this
23 order, Plaintiff shall show cause in writing why this action
24 should not be dismissed for failure to follow the Court's order
25 to file a second amended complaint or statement of intention to
26 proceed on the first amended complaint; Plaintiff shall show
27 cause in writing because the Court has determined that no hearing
28 is necessary; if Plaintiff has any reasons why this action should

not be dismissed, Plaintiff shall submit them by sworn declaration of facts which shall include (A) an explanation of the lack of activity in this case, and (B) a list each specific step Plaintiff plans to take to prosecute this case, to which Plaintiff may append a supporting memorandum of law; and

    2. Plaintiff is informed that the failure to respond to this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:  June 9, 2009**               /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE